IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

XANIA JONES,

    Plaintiff,

vs.                              CASE NO.: 4:06-CV-347-SPM

LYONS CORPORATION, d/b/a
FIRST TEAM ISUZU and
ML#3, L.L.C., d/b/a FIRST TEAM
MITSUBISHI,

    Defendants.
_____/

## ORDER DISMISSING CASE

Pursuant to the "Notice of Settlement" (doc. 19) filed January 4, 2007 and Northern District of Florida Local Rule 16.2(D), it is hereby

**ORDERED AND ADJUDGED** that this case is *dismissed* and all pending motions are denied as moot.  The Court retains jurisdiction for a period of sixty days during which time any party may move to reopen the case for good cause shown.

**DONE AND ORDERED** this <u>eleventh</u> day of January, 2007.

                          *s/ Stephan P. Mickle*
                          Stephan P. Mickle
                          United States District Judge